**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TERRI L. FICK,

    Respondent

   v.

NICHOLAS E. FICK,

    Petitioner

: No. 535 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 17th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.